Opinion of the Court—Talbot, J.

[No. 1793]

GOLDFIELD–MOHAWK MINING COMPANY, APPEL-
LANT, *v.* D. MACKENZIE & CO., RESPONDENTS.

APPEAL from the District Court of the First Judicial Dis-
trict of the State of Nevada, Esmeralda County; *F. P. Langan*,
Judge.

Action by the Goldfield-Mohawk Mining Company against
D. Mackenzie & Co. From an order discharging an attach-
ment, plaintiff appeals. **Affirmed.**

*Thomas, Bryant & Malburn* and *Bryant & O'Brien*, for
Appellant.

*R. G. Withers* and *H. N. Farnam*, for Respondents.

By the Court, TALBOT, J.:

This case presents the same questions, and has been
argued, submitted, and considered with the one of the
*Goldfield-Mohawk Mining Company, Appellant,* v. *Frances-
Mohawk Mining and Leasing Company and D. Mackenzie &
Company, Respondents*, this day decided. (31 Nev. 348.)

For the reasons stated in the opinion filed in that case, the
order of the district court in this one is affirmed.